The document below is hereby signed.

Signed: May 31, 2016



_S. Martin Teel, Jr._
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

```
In re                                  )
                                       )
                                       ) Case No. 13-00256
THE COUNCIL OF CO-OWNERS OF THE        ) (Chapter 7)
ALTAMONT MANOR CONDOMINIUM,            )
                                       )
            Debtor.                    )
_____        )
                                       )
THE COUNCIL OF CO-OWNERS OF THE        )
ALTAMONT MANOR CONDOMINIUM,            )
                                       )
                                       ) Adversary Proceeding No.
            Plaintiff,                 ) 14-10013
                                       )
      v.                               )
                                       )
FRANK O. COOMBS,                       )
                                       )
            Defendant.                 )
```

## JUDGMENT

Pursuant to an order of this date, it is

ORDERED that the plaintiff, The Council of Co-Owners of Altamont Manor Condominium, recover of the defendant, Frank O. Coombs, $48,386.00, plus reasonable attorneys' fees incurred in the amount of $1,350.00, and costs incurred of $293.00, for a

total of $50,029.00, together with interest after the date of

entry of this judgment as provided by 28 U.S.C. § 1961.

[Signed and dated above.]

Copies to: All counsel of record;

Jeffrey M. Sherman
LAW OFFICES OF JEFFREY M. SHERMAN
1600 N. Oak Street #1826
Arlington, VA 22209
jeffreymsherman@gmail.com

Mr. Frank Coombs
2410 Good Hope Rd., SE, #101
Washington, DC 20020
francoombs@aol.com

Mr. Frank Coombs
c/o J'Ollies
9023 Annapolis Rd.
Lanham-Seabrook, MD 20706

Mr. Frank Coombs
8479 Main Avenue
Pasadena, MD 21122